UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE            21 MC 102
LITIGATION
-----------------------------------------------------------------------x
MIGUEL A. NAULA AND MARIA                      08 CIV2671
MARGARITA,
                        Plaintiffs,

- against --

120 BROADWAY CONDOMINIUM (CONDO #871), 120 BROADWAY HOLDINGS, LLC, 120 BROADWAY PROPERTIES, LLC, 120 BROADWAY, LLC, 233 BROADWAY OWNERS, LLC, 50 TRINITY, LLC, 88 GREENWICH LLC, 90 CHURCH STREET LIMITED PARTNERSHIP, ALAN KASMAN DBA KASCO, AMBIENT GROUP, INC., AMERICAN EXPRESS BANK, LTD, AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., AMG REALTY PARTNERS, LP, ANN TAYLOR STORES CORPORATION, BATTERY PARK CITY AUTHORITY, BELFOR USA GROUP, INC., BFP TOWER C CO. LLC, BFP TOWER C MM LLC, BLACK DIAMONDS LLC, BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BOARD OF EDUCATION OF THE CITY OF NEW YORK, BOARD OF MANAGERS OF THE 120 BROADWAY CONDOMINIUM (CONDO #871), BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, BOSTON PROPERTIES, INC., BROADWAY WEST STREET ASSOCIATES LIMITED PARTNERSHIP, BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOBCFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC., CITIBANK, NA, DEPARTMENT OF BUSINESS SERVICES, ENVIROTECH CLEAN AIR, INC., GPS ENVIRONMENTAL CONSULTANTS, INC., HIGHLAND DEVELOPMENT LLC, HILLMAN

ENVIRONMENTAL GROUP, LLC, HUDSON
VIEW EAST CONDOMINIUM, HUDSON VIEW
TOWERS ASSOCIATES, INDOOR
ENVIRONMENTAL TECHNOLOGY, INC,
JONES LANG LASALLE AMERICAS, INC.,
JONES LANG LASALLE SERVICES, INC,
KASCO RESTORATION SERVICES CO.,
LEHMAN BROTHERS HOLDINGS INC.,
LEHMAN BROTHERS, INC., LEHMAN
COMMERCIAL PAPER, INC., MERRILL
LYNCH & CO, INC., NEW YORK CITY
SCHOOL CONSTRUCTION AUTHORITY,
NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL,
INC., R Y MANAGEMENT CO., INC., RY
MANAGEMENT, SABINE ZERARKA,
SILVERSTEIN PROPERTIES, INC.,
STEEPLECHASE ACQUISITIONS LLC,
STRUCTURE TONE (UK), INC., STRUCTURE
TONE GLOBAL SERVICES, INC., THE CITY
UNIVERSITY OF NEW YORK, TISHMAN
SPEYER PROPERTIES, TOSCORP INC.,
TRAMMELL CROW COMPANY, TRAMMELL
CROW CORPORATE SERVICES, INC.,
TRIBECA LANDING L.L.C., TUCKER
ANTHONY, INC., V CUCINIELLO,
VERIZONNEW YORK, INC, WESTON
SOLUTIONS, INC., WFP RETAIL CO. G.P.
CORP., WFP RETAIL CO. L.P., WFP TOWER A
CO., WFP TOWER A CO. G.P. CORP., WFP
TOWER A. CO., L.P., WFP TOWER B CO. G.P.
CORP., WFP TOWER B HOLDING CO., LP,
AND WFP TOWER B. CO., L.P., ET AL

                    Defendants.
------------------------------------------------------------------x

**ENVIROTECH CLEAN AIR'S ANSWER TO COMPLAINT BY ADOPTION**

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated

August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       May 28, 2008

Yours, etc.

FRIEDMAN, HARFENIST, LANGER & KRAUT
Attorneys for Defendant –Envirotech
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
(516) 775-5800

BY: _____
    Heather L. Smar (4622)