UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER           :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION       :
:
:
:
:
:
-----------------------------------------------------------------X
MIGUEL A. NAULA (AND WIFE, MARIA         :   08-CV-02671-AKH
MARGARITA),                              :
:
                              Plaintiffs,  :   **APPEARANCE**
:
        - against -                       :   **ELECTRONICALLY FILED**
:
120 BROADWAY CONDOMINIUM                 :
(CONDO#871), *et al.*,                   :
:
                              Defendants. :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York            DICKSTEIN SHAPIRO LLP
       June 30, 2008

                          By:      /s/ Judith R. Cohen
                                   _____
                                   Judith R. Cohen (JC-8614)
                                   1177 Avenue of the Americas
                                   New York, New York 10036
                                   Phone: (212) 277-6500
                                   Fax: (212) 277-6501

                                   *Attorney for Defendant*
                                   MERRILL LYNCH & CO., INC.